In the Matter of the Application of JOANNA MAXWELL BECKER, Admitted to Practice under the Name of JOANNA H. MAXWELL, an Attorney.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of EUGENE BUCCI et al., as Members of Mechanicville Housing Authority, Appellant, against WILLIAM E. GREY, as Chairman of Mechanicville Housing Authority, et al., Respondents.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

CHARLOTTE B. RICCI, Respondent, v. CARRIE PERRINO, Appellant, et al., Defendant.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See 285 App. Div. 502.]

In the Matter of the Claim of JEANNE ERION, Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See 285 App. Div. 1196.]